IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-156-BLG-SPW |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| NICHOLAS DALE JENNINGS, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to Vacate Detention Hearing. (Doc. 20.) Good cause appearing,

IT IS HEREBY ORDERED that the Detention Hearing presently set for March 6, 2020, at 2:00 p.m. is VACATED.

DATED this 27th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge