
FILED
APR 10 2020
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-19-156-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAS DALE JENNINGS, | |
| Defendant. | |

Upon Defendant's Unopposed Motion to Submit Physical Exhibit (Doc. 29), and good cause appearing therefore;

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**.

Defendant shall submit to the Clerk of Court the physical Exhibit D.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 9th day of April, 2020.

SUSAN P. WATTER
UNITED STATES DISTRICT JUDGE