# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

     vs.

**Nicholas Dale Jennings**                    No.  CR 19-156-BLG-SPW-1

DOB:  **1984**                                              PETITION TO OPEN
                                                         JUVENILE/SEALED RECORDS
SSN:  **XXX-XX-3818**

Whereas the above-name defendant entered a plea of  GUILTY  to *Prohibited Person in Possession of a Firearm* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Court documents, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Institution records, medical and institutional treatment records and Department of Institutions records, be made available.

_____*Marcie Zink*_____U.S. Probation Officer

                                 Date     10/02/2020

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records, including sealed records, held by any Court, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____*Susan P. Watters*_____U.S. District Judge

Dated this  *2nd*  day of  *October* , 2020.