IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DALE JENNINGS,<br><br>Defendant. | CR 19-156-BLG-SPW<br><br>ORDER |

On November 11, 2024, Defendant Nicholas Dale Jennings filed a Motion for Early Termination of Supervised Release. (Doc. 87). The Government opposed the Motion. (Doc. 88).

On March 4, 2021, Jennings was sentenced to 51 months imprisonment followed by three years supervised release on Count 1 of the Indictment, prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). (Docs. 3; 78).

Jennings began his term of supervised release on July 27, 2023. (Doc. 87 at 1). After his release from Alternatives Pre-release Center/Alpha House, Jennings worked as a truck driver and a general laborer/machine operator. (*Id.*). He later advanced to a lead foreman position. (*Id.*). Jennings states that he has completed the terms of his supervision and no longer has needs for programming or treatment. (*Id.* at 3). Further, Jennings asserts that he maintains "steady employment,

1

residence, and family life," and thus, "is an ideal candidate for early termination of supervised release." (*Id.*).

The Government opposes the motion because of "Jennings' extensive criminal history, and the need for supervision to protect the public and provide appropriate punishment." (Doc. 88 at 5). The Government argues that Jennings is a persistent danger to his community provided his criminal history involving violence, drug distribution, and gang activity. (*Id.* at 4). The Government asserts that the Court would undermine the seriousness of Jennings' crime and diminish respect for the law if it grants Jennings' Motion. (*Id.*)

Nevertheless, U.S. Probation Officer Timothy Lowrance, does not oppose the Motion. Lowrance states that Jennings is employed full time and maintains a residence and a vehicle. Further, Jennings pays his child support and provides negative drug tests. Finally, the U.S. Probation Office is not providing services for Jennings as Jennings has complied with the terms of his supervised release.

Therefore, pursuant to 18 U.S.C. § 3583(e)(1), Federal Rule of Criminal Procedure 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion (Doc. 87) is GRANTED. Nicholas Dale Jennings supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 3rd day of December, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge